# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00295-CV

**Cavalry Hill Cemetery, the Catholic Diocese of Dallas, and the Letot Family Heirs, Appellants**

**v.**

**Attorney General of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN403477, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants have filed an agreed motion to dismiss their appeal advising this Court that they no longer desire to pursue their appeal. The appeal is dismissed and costs are assessed against the party incurring them. *See* Tex. R. App. P. 42(a)(1)

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellants' Motion

Filed: June 10, 2005